COM.

v.

HOWARD, S.

769 WDA 2016

Superior Court of Pennsylvania.

03/07/2017

CP–42–CR–0000591–2014
(McKean)

Affirmed

■

COM.

v.

BRITT, K.

784 WDA 2016

Superior Court of Pennsylvania.

03/07/2017

CP–65–CR–0004137–2006
(Westmoreland)

Remanded

■

DISANTI, P.

v.

DISANTI, R.

871 WDA 2016

Superior Court of Pennsylvania.

03/07/2017

Reargument Denied 5/11/2017

FD99–002811–005
(Allegheny)

Affirmed

■

ADAMS, J.

v.

REESE, D.

927 WDA 2016

Superior Court of Pennsylvania.

03/07/2017

10571–2015
(Beaver)

Affirmed